# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| Charlene Wiley, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) )  No. 5:17-cv-01922-MHH |
| Midland Credit Management, Inc., and Midland Funding, LLC | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

Plaintiff Charlene Wiley and Defendants Midland Credit Management, Inc. and Midland Funding, LLC (collectively, "Midland") have reached an agreement to resolve Plaintiff's individual claims against Midland, and respectfully request that the Court suspend all deadlines and allow the Parties seventy-five (75) days to obtain approval of the settlement agreement from the Bankruptcy Court, after which time this action will be dismissed with prejudice.

1. On March 27, 2017, Plaintiff filed a voluntary Chapter 13 petition in the Bankruptcy Court for the Northern District of Alabama. *See In re Charlene Wiley*, No. 17-80951 (Bankr. N.D. Ala.). Plaintiff's bankruptcy proceeding is active and remains pending.

2. On November 15, 2017 Plaintiff filed her Complaint in this case. (Doc. 1).

3. On January 18, 2018, the Parties filed a Joint Motion to Lift the Stay (Doc. 15) previously entered pending the decision of the United States Supreme Court on a petition for certiorari in *Portfolio Recovery Associates, LLC v. Pantoja*. (Doc. 14).

4. The following day, the Court entered a text order directing the parties to file their Rule 26(f) Report on or before February 16, 2018. (Doc. 16).

5. Midland filed an Answer to Plaintiff's Complaint (Doc. 17) on February 9, also pursuant to the Court's text order of January 19.

6. On February 14, the Parties filed a Consent Motion for Extension of Time to File their Rule 26(f) Report until March 2 (Doc. 18), which the Court granted.

7. Since that time, the Parties have reached an agreement to resolve Plaintiff's individual claims against Midland.

8. Before agreeing to dismissal of this action with prejudice, Plaintiff requests time to obtain approval of the settlement from the Bankruptcy Court.

9. Accordingly, with Plaintiff's consent, Midland respectfully requests that the Court suspend all deadlines for seventy-five (75) days.

Respectfully submitted on this 1st day of March, 2018.

*/s/ Chase T. Espy*
*Counsel for Defendants Midland Credit*
*Management, Inc. and Midland Funding, LLC*

**COUNSEL FOR DEFENDANTS:**

Jason B. Tompkins (jtompkins@balch.com)
Chase T. Espy (cespy@balch.com)
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone:   (205) 251-8100
Facsimile:    (205) 226-8799

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2018, I electronically filed a copy of the foregoing via CM/ECF, which will provide service on the following counsel of record:

David J. Philipps
Mary Elizabeth Phillips
PHILIPPS & PHILIPPS, LTD.
9760 S. Roberts Road
Suite One
Palos Hills, IL 60465
Email: davephilipps@aol.com

Ronald C. Sykstus
BOND BOTES SYKSTUS TANNER & EZZELL PC
225 Pratt Avenue
Huntsville, AL 35801
Email: rsykstus@bondnbotes.com

*/s/ Chase T. Espy*
Attorney for Defendants